# PLEADING STRICKEN FROM RECORD.  ORDER ENTERED IN THIS CASE IN ERROR.