**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 25, 2006

# NOTICE OF DOCKETING ERROR

To:   ALL COUNSEL OF RECORD

**Case Style:   Roger Wright vs. Pemco World Air Services, Inc.**
**Case Number:   1:06cv647-WKW**

**Docket Entry Number:   #3 Order**

**The Order referenced above was docketed in the wrong case in error and is hereby STRICKEN from the record.  Parties are instructed to disregard this entry on the court's docket for this case.**