**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pemco World Air Services, Inc.
c/o Doris Sewell, Registered Agent
1943 50th Street
Birmingham, AL 35212

1:06CV647-WKW

2. Article Number
(Transfer from service label)

7006 0100 0000 0739 7518

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] Bissett
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Leah Barnett

C. Date of Delivery
7/25/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes