**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ROGER WRIGHT,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 1:06CV647-WKW** |
| | ) | |
| **PEMCO WORLD AIR** | ) | |
| **SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## REPORT OF PARTIES' PLANNING MEETING

1.    Pursuant to Fed.R.Civ.P 26(f), a planning meeting was held on October 4, 2006 with participation by the following:

Elizabeth B. Glasgow on behalf of Plaintiff, Roger Wright.

John B. Holmes, III on behalf of Defendant, Pemco World Air Services, Inc.

2.    The synopsis of the case is as follows:  Plaintiff is a male over the age of 50 who was laid off/terminated from his position with Defendant.  Plaintiff is alleging discriminatory treatment based upon his taking a medical leave, age, and alleged perceived disability.  The claims are filed under 29 U.S.C. §2601, 29 U.S.C. § 621 and 42 U.S.C. §120101, respectively.  Defendant denies Plaintiff's allegations.

3.    **Pre-Discovery Disclosures.**    The parties will exchange the information required by Local Rule 26.1(a)(1) by **November 1, 2006**.

4.    **Discovery Plan.**  The parties jointly propose to the court the following discovery plan:

a.    Discovery will be needed on the following subjects:

(1)    the factual and legal issues and claims made by Plaintiff in this action;

(2)    any and all damages claimed by Plaintiff; and

(3)    factual and legal issues related to Defendant's defenses.

b.    All discovery completed by **December 14, 2007.**

c.    **Interrogatories:**   Plaintiff and Defendant may each propound up to **40** Interrogatories upon the other party.   Responses to all Interrogatories are due **30** days after service.

d.    **Requests for Production:**   Plaintiff and Defendant may each propound **35** Requests for Production to the other party.   Responses to all requests for production are due **30** days after service.

e.    **Requests for Admission:**     Plaintiff and Defendant may each propound **35** Requests for Admission to the other party.   Responses to all Requests for Admissions are due **30** days after service.

f.    **Depositions:**     The parties are unable to agree on the maximum number of depositions.   Counsel for Plaintiff seeks a maximum of **15** Depositions.   Counsel for Defendant seeks a maximum of **8** Depositions.

g.    Reports from retained experts under Rule 26(a)(2) due:

From the plaintiff by **March 30, 2007.**
From the defendant by **April 30, 2007.**

h.    Supplementation of discovery under Rule 26(e) is due within a reasonable time.   Final supplementation is due no later than **30** days prior to the discovery deadline.

5.    **Other Items.**

a.    Scheduling Order Conference:   The parties do not request a conference with the court before entry of a scheduling order.

      b.         Additional Parties:

        (1) The plaintiff should be allowed until **January 31, 2007,** to join additional parties and to amend the pleadings.

        (2) The defendant should be allowed until **February 16, 2007,** to join additional parties and to add defenses and amend the pleadings.

      c.      All potentially dispositive motions should be filed by **October 29, 2007.**

      d.      Neither settlement nor the possibility for Alternative Dispute Resolution can be realistically evaluated prior to at least some discovery.

      e.      The parties request a final pretrial conference on or after **December 3, 2007.**

      f.      Final lists of trial evidence under Rule 26(a)(3) should be submitted in accordance with the pretrial order issued by the Court.

      g.      The case should be ready for trial by **January 2008** and, at this time, is expected to take approximately **3-4** days.

      h.      **<u>ADR Plan:</u>**  Mediation might assist the parties in resolving this matter but that decision cannot be made until initial discovery is completed.

<u>s/Elizabeth B. Glasgow</u>                <u>s/John B. Holmes</u>
Elizabeth B. Glasgow                  Jeffrey A. Lee
Harry Hall                           John B. Holmes, III
Farmer, Price, Hornsby &             MAYNARD, COOPER & GALE, P.C.
   Weatherford, L.L.P.            1901 6th Avenue North
Post Office Drawer 2228            2400 AmSouth/Harbert Plaza
Dothan, Alabama  36302           Birmingham, Alabama  35203
(334) 793-2424                   (205) 254-1000

Dated this the 5th day of October, 2006.