IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv647-WKW |
| | ) |
| PEMCO WORLD AIR SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of plaintiff's motion to compel (Doc. # 10), filed July 13, 2007, and for good cause, it is

ORDERED that defendant shall file a response to the motion on or before July 30, 2007.

DONE, this 16th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE