### UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **Roger Wright,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 1:06-CV- 647-WKW |
| | ) |
| **Pemco World Air Services, Inc.** | ) |
| | ) |
|     **Defendant.** | ) |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S TO MOTION TO COMPEL

Defendant Pemco World Air Services, Inc. ("Defendant"), by and through its undersigned counsel, hereby responds to Plaintiff's Motion to Compel as follows:

1. On July 13, 2007, Plaintiff filed a Motion to Compel asking the Court to compel the Defendant to respond to certain discovery matters outlined therein.

2. Since that date, Defendant has revisited the challenged responses and objections to Plaintiff's discovery requests and has supplemented or agreed to supplement the challenged responses. Counsel for Defendant produced a privilege log on July 16, 2007. Counsel for Defendant produced additional responsive documents on July 20, 2007, including a revised privilege log. Counsel for Defendant participated in a telephone conference with Counsel for Plaintiff for over 45 minutes on Friday, July 27, during which Counsel for both parties discussed in detail all outstanding discovery issues. Counsel for Defendant also produced additional documents today, July 30, 2007.

3. As a result, many of the areas of contention are now moot as Defendant has supplemented its responses to the following items listed in Plaintiff's motion: a, c, d, e, g, h, i, j, l, m, r, s, t, u, v, and w. Specifically, Defendant has responded to these items by providing a privilege log, providing additional documents Defendant previously agreed to provide, providing

additional documents Defendant previously objected to providing, identifying previously produced documents as being responsive to interrogatories and requests for production, and explaining what documents were unavailable and what was involved in attempting to collect the information requested. As for the remaining items listed in Plaintiff's motion, Defendant has agreed to supplement its prior responses notwithstanding its objections and continues to work on said responses.

4. Despite Defendant's supplementation to date and agreement to supplement virtually all of the outstanding areas identified in Plaintiff's motion, Plaintiff will not agree to withdraw his motion (or even some of the items listed therein that have already been addressed) as moot or to consent to a request to delay a ruling on the motion pending final supplementation.

5. As Defendant has resolved or agreed to resolve virtually all of the outstanding discovery disputes set forth in Plaintiff's motion, Defendant submits that a formal Response to this Motion to Compel is not necessary at this time.

6. Separately, Defendant opposes the substance of Plaintiff's motion but will reserve substantive arguments unless necessary or desired by the Court.

WHEREFORE, PREMISES CONSIDERED, Defendant Pemco World Air Services, Inc. respectfully requests that this Court deny Plaintiff's motion.

Respectfully submitted,

*s/ John B. Holmes, III*
JEFFREY A. LEE
JOHN B. HOLMES, III
Attorneys for Defendant

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203-2618
Telephone:   205.254.1000
Facsimile:   205.254.1999
Emails:   jlee@maynardcooper.com
          jholmes@maynardcooper.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on July 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Elizabeth B. Glasgow
> Farmer, Price, Hornsby & Weatherford, L.L.P.
> 100 Adris Place (36303)
> Post Office Drawer 2228
> Dothan, Alabama  36302

      *s/ John B. Holmes, III*
      OF COUNSEL