UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **Roger Wright,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | Civil Action No.: 1:06 cv 647-WKW | |
| § | | |
| **Pemco World Air Services, Inc.** § | | |
| **Defendant.** § | | |

### PLAINTIFF'S REPLY TO DEFENDANT'S
### RESPONSE TO MOTION TO COMPEL

Comes now the Plaintiff, Roger Wright, through counsel and for his reply and in further support of Plaintiff's Motion to Compel states to the Court as follows:

1. Defendant argues that the Motion to Compel is moot on the grounds that the Defendant has produced some of the documents requested and has promised to provide the remaining discovery at an unspecified time in the future.

2. The Motion is not moot due to the fact that the Defendant has been promising to provide these documents to the Plaintiff for some time. Plaintiff first served Interrogatories and Requests for Production of Documents on the Defendant on or about January 23, 2007. The Defendant objected to all requested discovery and produced only those documents that they wanted to produce, rather than producing the documents specifically requested.

After the Motion to Compel was filed on July 13, 2007, the Defendant provided additional documents on July 23, 2007, July 31, 2007 and August 2, 2007.

On July 27, 2007 counsel for Plaintiff and Defendant conferred with regard to the remaining discovery items and Defendant has promised to produce virtually all of the requested items other than with regard to the three or four documents listed in the privilege log.

3. The specific items still in contention as of today, August 3, 2007, are as follows:

a. The Defendant has never provided verified answers to interrogatories or response to discovery requests. This was promised in a letter from Defendant on February 26, 2007, but never received.

b. Defendant's answers to interrogatories are insufficient as set out in Plaintiff's original Motion to Compel. Defendant, as of August 2, 2007, submitted revised and unverified answers to interrogatories. Further, Interrogatory #7 is missing addresses, age, length of service and job title for employees retiring in years 2001, 2002, 2003 and 2007.

c. Pertaining to document request #5, the Plaintiff had requested the Minutes of all Board of Directors Meetings from the years 2001 to the present. Defendant has only produced Board Minutes from March 2, 2004 through June 3, 2005. The Defendant indicated that further information would be provided, but the Plaintiff has not yet received this information.

d. With regard to document request #12, the Defendant has not produced personnel records of Ray Bennett and only minimal personnel records regarding Dennis Johnson and Henry Ward. These documents are not covered by any privilege herein and should be produced.

e. Annual Reports for the years 2001, 2002, 2003, 2006 and 2007 have not been produced.

Wherefore, the Plaintiff prays that this court grant his Motion to Compel.

Respectfully submitted,

_s/ Elizabeth B. Glasgow_____
Elizabeth B. Glasgow
ASB-8348- S58E
Attorney for Plaintiff
P.O. Box 2228
Dothan, Alabama 36302
(334) 793-2424
F. (334) 793-6624
eglasgow@fphw-law.com

### CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Holmes, Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203

__s/ Elizabeth B. Glasgow_____