# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **Roger Wright,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 1:06-CV- 647-WKW |
| | ) |
| **Pemco World Air Services, Inc.,** | ) |
| | ) |
|     **Defendant.** | ) |

## MOTION TO WITHDRAW
## MOTION FOR CONSENT PROTECTIVE ORDER

COMES NOW Defendant, by and through its undersigned attorney, and hereby moves this Court to allow it withdraw its Motion for Consent Protective Order filed on August 31, 2007 (Doc. 14). As grounds therefore, Defendant state as follows:

1. Per the Court's instructions, the Consent Protective Order has been reworded with regard to the filing of documents under seal. A new Consent Protective Order will be forthcoming.

                                          Respectfully submitted,

                                          *s/ John B. Holmes, III*
                                          Jeffrey A. Lee
                                          John B. Holmes, III
                                          Attorneys for Defendant

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, Alabama 35203
Telephone:   205.254.1000
Facsimile:    205.254.1999

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Elizabeth B. Glasgow<br>
Farmer, Price, Hornsby & Weatherford, L.L.P.<br>
100 Adris Place (36303)<br>
Post Office Drawer 2228<br>
Dothan, Alabama  36302

                              *s/ John B. Holmes, III*
                              OF COUNSEL