**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **Roger Wright,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 1:06-CV- 647-WKW |
| | ) |
| **Pemco World Air Services, Inc.** | ) |
| | ) |
|     **Defendant.** | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

COMES NOW Defendant Pemco World Air Services, Inc. ("Pemco" or "Defendant"), and hereby respectfully requests the Court extend all deadlines, or, in the alternative, the deadlines for filing and briefing of dispositive motions and for conducting a face-to-face settlement conference, by 45 days. In support of its motion, Defendant states as follows:

1.      Pemco is currently under contract to be sold to a third-party. The purchase agreement includes the purchase of the liability, if any, associated with this lawsuit. Pemco's shareholders are currently scheduled to meet on September 17, 2007 and vote on the final terms of the sale. It is anticipated that the transaction will then close within four weeks of that vote. The new owners will be responsible for the litigation thereafter.

2.      The dispositive motion deadline is currently set for September 10, 2007 and the deadline for counsel for the parties to conduct a face-to-face settlement conference is currently set for October 1, 2007. The discovery cutoff is currently scheduled for November 23, 2007, and the witness and exhibit lists are currently due to be exchanged on or before November 28, 2007.

3.      As it currently stands, these deadlines are expiring at a time where it is unknown who will have responsibility for this lawsuit. If the sale goes through as anticipated, the new

owners might wish to participate in settlement negotiations before paying counsel to brief the dispositive issues. Currently they have no authority to make such decisions.

4.      The parties will continue to conduct any remaining discovery during the interim period.

5.      Although the requested extension of the dispositive motion and settlement conference deadlines do not necessarily require an extension of all other deadlines, Defendant respectfully requests that all deadlines be extended, including the current trial setting.

6.      This extension will in no way prejudice Plaintiff and, to the contrary, will allow both parties additional flexibility in the completion of discovery, briefing, and discussing settlement. Counsel for the Defendant discussed this request for an extension with Plaintiff's counsel. Plaintiff's counsel has indicated she is not opposed to a shorter extension of the dispositive motion deadline or the settlement conference deadline, but is opposed to a 45 day extension of all deadlines and settings.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests the Court enter an order extending all existing deadlines 45 days, or, in the alternative, an order extending the dispositive motion and face-to-face settlement conference deadlines 45 days.

Respectfully submitted,

*s/ John B. Holmes, III*
JEFFREY A. LEE
JOHN B. HOLMES, III
Attorneys for Defendant

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203-2618
Telephone:   205.254.1000
Facsimile:    205.254.1999
Emails:        jlee@maynardcooper.com
                    jholmes@maynardcooper.com

## CERTIFICATE OF SERVICE

  I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Elizabeth B. Glasgow
Farmer, Price, Hornsby & Weatherford, L.L.P.
100 Adris Place (36303)
Post Office Drawer 2228
Dothan, Alabama  36302

           *s/ John B. Holmes, III*
           OF COUNSEL