## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **Roger Wright,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.: 1:06 cv 647-WKW** |
| | § | |
| **Pemco World Air Services, Inc.** | § | |
| **Defendant.** | § | |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S
### MOTION FOR EXTENSION OF TIME

Comes now the Plaintiff, through counsel, and hereby opposes the Motion for Extension of Time filed by the Defendant herein and as grounds therefor states to the Court as follows:

1.    The pending sale of the Defendant to a third party which, apparently is a sale of shares and not assets, should have no effect on this litigation whatsoever.  There is no uncertainty as to "who is responsible" for the Defendant as the Defendant is an independent corporation which is responsible for its own conduct, regardless of who its shareholders might be.  The shareholders are not named in the suit, nor do shareholders normally run the day to day affairs of the corporation.

2.    Further, Defendant first notified Plaintiff regarding its request for an extension of time on September 6, 2007, which was two business days before the dispositive motions were due.  Although Plaintiff has no objection to a short continuance of one or two days for the dispositive motion or a thirty day extension on the face to face settlement conference, there is no justification for the other substantial extensions requested by the Defendant.

Because the Defendant has failed to show good cause for its request, Defendant's Motion for Extension of Time should be denied.

Respectfully submitted,

_s/ Elizabeth B. Glasgow_____
Elizabeth B. Glasgow
ASB-8348- S58E
Attorney for Plaintiff
P.O. Box 2228
Dothan, Alabama 36302
(334) 793-2424
F. (334) 793-6624
eglasgow@fphw-law.com


## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Holmes, Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203


__s/ Elizabeth B. Glasgow_____