IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-0647-WKW |
| ) | |
| PEMCO WORLD AIR SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Recognizing the defendant may have new owners soon, the court hereby gives notice that it will not be inclined to allow defendant to also have new counsel at this stage of the proceedings, unless there would be no interruption in the trial schedule.  Therefore, upon consideration of the Defendant's Motion for Extension of Time (Doc. # 16), which is opposed in part by the plaintiff, it is ORDERED that the motion is GRANTED IN PART and DENIED IN PART.  The deadline to file dispositive motions is extended from September 10, 2007, to **September 24, 2007**.  The deadline for counsel for the parties to conduct a face-to-face settlement conference is extended from October 1, 2007, to **October 29, 2007**.  With respect to the defendant's request to extend all other deadlines, it is ORDERED that the motion is DENIED.

DONE this 10th day of September, 2007.

        /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE