UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Roger Wright, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:06-CV- 647-WKW |
| | ) |
| Pemco World Air Services, Inc., | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW
## MOTION FOR CONSENT PROTECTIVE ORDER

COMES NOW Defendant, by and through its undersigned attorney, and hereby moves this Court to allow it withdraw its Motion for Consent Protective Order filed on August 31, 2007 (Doc. 14). As grounds therefore, Defendant state as follows:

1.  Per the Court's instructions, the Consent Protective Order has been reworded with regard to the filing of documents under seal. A new Consent Protective Order will be forthcoming.

Respectfully submitted,

*s/ John B. Holmes, III*
Jeffrey A. Lee
John B. Holmes, III
Attorneys for Defendant

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, Alabama 35203
Telephone: 205.254.1000
Facsimile: 205.254.1999

**MOTION GRANTED**

THIS _10th_ DAY OF _September_, 20 _07_

_____
UNITED STATES MAGISTRATE JUDGE