IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROGER WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06cv647-WKW |
| | ) | |
| PEMCO WORLD AIR SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of plaintiff's motion to compel filed July 13, 2007 (Doc. # 10), and the response and reply filed July 30, 2007 and August 3, 2007, respectively (Doc. ## 12 and 13), and for good cause, it is

ORDERED that the motion to compel be and hereby is GRANTED to the extent that defendant shall produce and serve any remaining responses to outstanding discovery requests referenced in the motion on or before September 18, 2007. In all other respects, the motion is DENIED without prejudice, with leave to renew if necessary.

DONE, this 11th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE