UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **Roger Wright,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | Civil Action No.: 1:06 cv 647-WKW | |
| § | | |
| **Pemco World Air Services, Inc.** § | | |
| **Defendant.** § | | |

## MOTION TO CONTINUE DEADLINE TO
## RESPOND TO SUMMARY JUDGMENT

Comes now the Plaintiff, through counsel, and hereby moves for a continuance in order to respond to Defendant's Motion for Summary Judgment. As grounds therefor the Plaintiff states as follows:

1. In this case, due to the sale of the Defendant to a third party, the deadline for dispositive motions was delayed two weeks. Unfortunately, the undersigned had planned to be gone from October 5, 2007 through October 13, 2007 for a trip that has been scheduled for some time.

2. Therefore, the Plaintiff would request an extension of time to respond to Defendant's Motion to October 22, 2007 which is an extension of four business days.

3. The undersigned has conferred with defense counsel and he has no objection to this extension of time so long as he is given equal time to reply.

Wherefore, the Plaintiff prays that this Court grants an extension of time to respond to the Defendant's Motion for Summary Judgment up through and to October 22, 2007.

Respectfully submitted,

**s/ Elizabeth B. Glasgow**
Elizabeth B. Glasgow
ASB-8348- S58E
Attorney for Plaintiff
P.O. Box 2228
Dothan, Alabama 36302
(334) 793-2424
F. (334) 793-6624
eglasgow@fphw-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Holmes, Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203

**s/ Elizabeth B. Glasgow**