IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-0647-WKW |
| ) | |
| PEMCO WORLD AIR SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the plaintiff's Motion to Continue Deadline to Respond to Summary Judgment (Doc. # 26), it is ORDERED that the motion is GRANTED. The plaintiff's deadline to file a response to the defendant's motion for summary judgment is extended from October 16, 2007, to **October 22, 2007**. The deadline for defendant's reply brief is extended from October 30, 2007, to **November 5, 2007**.

DONE this 9th day of October, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE