UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Roger Wright,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No.: 1:06 cv 647-WKW |
| § | |
| **Pemco World Air Services, Inc.** § | JURY DEMAND |
| § | |
| **Defendant.** § | |

## REPORT CONCERNING FACE TO FACE SETTLEMENT CONFERENCE

Comes now the Plaintiff, through counsel, and hereby reports to the Court that on October 25, 2007, counsel for both parties met in Dothan and had a frank discussion of the issues. Although the case was not resolved, the parties have agreed to go to mediation in the next several weeks.

Respectfully submitted this 29th day of October, 2007.

        **_s/ Elizabeth B. Glasgow_____**
        Elizabeth B. Glasgow
        ASB-8348- S58E
        Attorney for Plaintiff
        P.O. Box 2228
        Dothan, Alabama 36302
        (334) 793-2424
        F. (334) 793-6624
        eglasgow@fphw-law.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Holmes, Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203

                                    **__s/ Elizabeth B. Glasgow_____**