IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-0647-WKW |
| | ) |
| PEMCO WORLD AIR SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

Upon filing of the Plaintiff's Motion for Leave to Amend Complaint (Doc. # 30), it is ORDERED that the defendant respond in writing **on or before November 12, 2007**.

DONE this 30th day of October, 2007.

                                                   /s/  W.  Keith Watkins
                                              UNITED STATES DISTRICT JUDGE