IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-0647-WKW |
| | ) |
| PEMCO WORLD AIR SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

It is ORDERED that the pretrial conference is continued from December 7, 2007, until **December 17, 2007 at 10:00 a.m.** in the chambers of the undersigned at the Frank M. Johnson United States Courthouse in Montgomery, Alabama.

DONE this 21st day of November, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE