IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-0647-WKW |
| | ) |
| PEMCO WORLD AIR SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

It having come to the court's attention that the parties in this case have come to a resolution of this matter, it is ORDERED that the parties shall file a joint stipulation of dismissal **on or before December 7, 2007.**

DONE this 27th day of November, 2007.

                                                /s/  W. Keith Watkins
                                              UNITED STATES DISTRICT JUDGE