IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-0647-WKW |
| ) | |
| PEMCO WORLD AIR SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

In light of the expected settlement of this case, it is ORDERED that the pretrial conference set for December 17, 2007, and the trial set for January 7, 2008, are CONTINUED generally.

DONE this 29th day of November, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE