## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **Roger Wright,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 1:06-CV- 647-WKW |
| | ) |
| **Pemco World Air Services, Inc.** | ) |
| | ) |
| **Defendant.** | ) |

### JOINT MOTION FOR EXTENSION OF DISMISSAL DEADLINE

COME NOW Plaintiff Roger Wright and Defendant Pemco World Air Services, Inc., and jointly request an extension of the December 7, 2007 deadline set by this Court in its November 27, 2007 Order. In support of this request, the parties state as follows:

1. The parties successfully mediated this case on November 19, 2007. After being notified that the parties had come to a resolution of this matter, the Court entered an Order on November 27, 2007 ordering the parties to file a joint stipulation of dismissal on or before December 7, 2007.

2. Despite their best efforts, the parties will not be able to finalize the resolution of this matter by the current deadline. The parties jointly agree that more time is needed to complete the settlement and be in a position to file a final joint stipulation of dismissal.

3. Therefore, the parties hereby respectfully request that the current December 7, 2007 deadline be extended two weeks, or until December 21, 2007.

4. Neither party will be prejudiced by the requested continuance.

Respectfully submitted,

*s/ Elizabeth B. Glasgow*
ELIZABETH B. GLASGOW
Attorney for Plaintiff

FARMER, PRICE, HORNSBY & WEATHERFORD, L.L.P.
100 Adris Place
Post Office Drawer 2228
Dothan, Alabama  36302
Telephone:     334.793.2424
Facsimile:     334.793.6624
email:         eglasgow@fphw-law.com


                *s/ John B. Holmes, III*
                JEFFREY A. LEE
                JOHN B. HOLMES, III
                Attorneys for Defendant


MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203-2618
Telephone:     205.254.1000
Facsimile:     205.254.1999
Emails:        jlee@maynardcooper.com
               jholmes@maynardcooper.com