IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROGER WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-0647-WKW |
| | ) | |
| PEMCO WORLD AIR SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Joint Motion for Extension of Dismissal Deadline (Doc. # 43), it is ORDERED that the joint motion is GRANTED. The deadline for filing the joint stipulation of dismissal is extended from December 7, 2007, to **December 21, 2007**.

DONE this 7th day of December, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE