**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **ROGER WRIGHT,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **CASE NO.: 1:06CV647-WKW** |
| ) | |
| **PEMCO WORLD AIR** ) | |
| **SERVICES, INC.,** ) | |
| ) | |
| Defendant. ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Pemco World Air Services, Inc, Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| WAS Aviation Services, Inc., an affiliate of Sun Capital Partners, Inc. | Owner |

*s/ John B. Holmes III*
JEFFREY A. LEE
JOHN B. HOLMES, III
Attorneys for Defendant

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203-2618
Telephone:   205.254.1000
Facsimile:   205.254.1999
Emails:       jlee@maynardcooper.com
              jholmes@maynardcooper.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 11th day of December, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Elizabeth B. Glasgow
Farmer, Price, Hornsby & Weatherford, L.L.P.
100 Adris Place (36303)
Post Office Drawer 2228
Dothan, Alabama  36302

*s/ John B. Holmes III*
OF COUNSEL