UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Roger Wright, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:06-CV- 647-WKW |
| | ) |
| Pemco World Air Services, Inc. | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their respective counsel, and stipulate to the dismissal of this action with prejudice, each party to bear its own costs. The parties request that the Court enter an **Order of Dismissal With Prejudice** consistent with this stipulation.

Respectfully submitted,

_____
ELIZABETH B. GLASGOW
Attorney for Plaintiff

FARMER, PRICE, HORNSBY &
    WEATHERFORD, L.L.P.
100 Adris Place
Post Office Drawer 2228
Dothan, Alabama  36302
Telephone:    334.793.2424
Facsimile:    334.793.6624
email:        eglasgow@fphw-law.com

_____
JEFFREY A. LEE
JOHN B. HOLMES, III
Attorneys for Defendant

MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203-2618
Telephone:    205.254.1000
Facsimile:    205.254.1999
Emails:       jlee@maynardcooper.com
              jholmes@maynardcooper.com