IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROGER WRIGHT, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-0647-WKW |
| | ) | |
| PEMCO WORLD AIR SERVICES, INC., | ) | |
| | ) | |
|    Defendant. | ) | |

## **ORDER**

Upon consideration of the Joint Stipulation for Dismissal with Prejudice (Doc. # 46) filed December 21, 2007, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this civil action is DISMISSED WITH PREJUDICE.

An appropriate judgment will be entered.

DONE this 2nd day of January, 2008.

                                                          /s/  W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE